UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIX VILLALOVOS,**<br><br>      Plaintiff,<br><br>vs.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,**<br><br>      Defendants. | Case No.: **2:18-cv-00999-AB-PD**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Andre Birotte Jr. |

   Plaintiff FELIX VILLALOVOS ("**Plaintiff**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

   **THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

   (1)   That Defendant shall pay the sum of $2,610.35 to Plaintiff and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

-1-

-2-

(2) That Defendant shall pay the sum of $2,610.35 to Plaintiff within 60 days of execution of this Stipulation by all counsel unless matters outside of the control of Defendant cause delay.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 8, 2025

_____
JUDGE OF THE UNITED STATES DISTRICT COURT